UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

**BRENT WATKINS,**
    **Plaintiff,**

    v.                                               Civil Action No.: 1:16-cv-10015-IT

**DONNA A. DANIELS LAW OFFICES, P.C.;**
**and DOES 1-10, inclusive,**
    **Defendants.**

## SETTLEMENT ORDER OF DISMISSAL

**TALWANI, D. J.**

The court having been advised on April 22, 2016, that the above-entitled action has been settled;

**IT IS ORDERED** that this action is hereby dismissed, without costs and without prejudice to the right of any party, to reopen the action within sixty (60) days if settlement is not consummated.

                                                              By the Court,

Dated: April 25, 2016                             /s/Gail A. Marchione,
                                                             **Courtroom Deputy Clerk**