# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Brent Watkins, : <br> : <br> Plaintiff, : <br> v. : <br> : <br> Donna A. Daniels Law Offices, P.C.; and : <br> DOES 1-10, inclusive, : <br> : <br> Defendant. : | Civil Action No.: 1:16-cv-10015 |

## NOTICE OF DISMISSAL

Brent Watkins ("Plaintiff"), by Plaintiff's attorney, hereby voluntarily dismisses this action, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

Dated: July 8, 2016

                                                    Respectfully submitted,

                                                    By: */s/ Sergei Lemberg*

                                                          Sergei Lemberg, Esq. <br>
                                                          BBO No.: 650671 <br>
                                                          Lemberg Law, L.L.C. <br>
                                                          43 Danbury Road, 3rd Floor <br>
                                                          Wilton, CT 06897 <br>
                                                          Telephone: (203) 653-2250 <br>
                                                          Facsimile: (203) 653-3424 <br>
                                                          Attorneys for Plaintiff

## **CERTIFICATE OF SERVICE**

      I hereby certify that on July 8, 2016, a true and correct copy of the foregoing Notice of Dismissal was served electronically by the U.S. District Court for the District of Massachusetts Electronic Document Filing System (ECF) and that the document is available on the ECF system.

Donna A. Daniels Law Offices, P.C.
1988 Centre Street
West Roxbury, MA 02132

                                                By:  */s/ Sergei Lemberg*
                                                    Sergei Lemberg, Esq.